PETER RUGANI, Respondent, *v.* K. L. M. ROYAL DUTCH AIRLINES, Appellant.

Argued October 3, 1955; decided October 20, 1955.

*Gregory S. Rivkins, Yorkston W. Grist* and *John G. Poles* for appellant.

*Robert F. Doran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Conway, Ch. J., Desmond, Fuld, Froessel, Van Voorhis and Burke, JJ. Taking no part: Dye, J.